**Order entered November 21, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00177-CV

### BEN SAYANI, Appellant

### V.

### SMOTHERMON FAMILY PARTNERS, LTD.; LYNN FAMILY HOLDINGS, LTD.; RONALD OTIS LYNN, AND DIANA SMOTHERMON, Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-14752-B**

## ORDER

Before the Court is appellees' November 18, 2022 second unopposed motion to extend time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than December 19, 2022. Because the brief was first due October 20, 2022, we caution that further extension requests will be disfavored.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE